UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket<br>No. CR-93-0239 |
| ANTHONY MORELLI, | (Dearie, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $12,290.00, plus interest, that is, restitution in the amount of $2,240.00, a fine in the amount of $10,000.00, and a special assessment in the amount of $50.00, on July 29, 1994, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on August 3, 1994 and

WHEREAS, the liability for the debt has terminated in accordance with 18 U.S.C. § 3613(b),

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant.

Dated: Brooklyn, New York
August 22, 2014

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:      /s/
BONNI J. PERLIN
Assistant U.S. Attorney
(718) 254-6264